IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUFUS TERRY MCDOUGALD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:20-cv-180-ECM |
| | ) | (WO) |
| WAL-MART, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

On March 23, 2020, the Magistrate Judge entered a Recommendation recommending that the motion for leave to proceed *in forma pauperis* be denied and this case be dismissed without prejudice for the Plaintiff's failure to pay the full filing fee upon initiation of this case. (Doc. 4). On April 9, 2020, the Plaintiff filed objections to the Recommendation. (Doc. 5). The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the Plaintiff's objections. Accordingly, upon an independent review of the file in this case and for good cause, it is

ORDERED as follows that:

1. the Plaintiff's objections are OVERRULED;

2. the motion to proceed *in forma pauperis* is DENIED;

3. the Recommendation of the Magistrate Judge is ADOPTED; and

4.     this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this 23rd day of April, 2020.

                                  /s/ Emily C. Marks
                            EMILY C. MARKS
                            CHIEF UNITED STATES DISTRICT JUDGE